| AO 10<br>Rev. 1/2018 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2017** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>PHAM, TU M. | 2. Court or Organization<br><br>US DISTRICT COURT WD TENNESSEE | 3. Date of Report<br><br>06/04/2018 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>FULL TIME-MAGISTRATE JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>167 N MAIN STREET<br>ROOM 338<br>MEMPHIS, TN 38103 | | |
| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1.   BOARD MEMBER | FEDERAL BAR ASSOCIATION-MEMPHIS MID-SOUTH CHAPTER |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. 1997 | DEFINED CONTRIBUTION 401(K) PLAN WITH KIRKLAND & ELLIS (FORMER LAW FIRM) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHAM, TU M. | 06/04/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | SHELBY COUNTY TENNESSEE SCHOOLS - SALARY |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHAM, TU M. | 06/04/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHAM, TU M. | 06/04/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. FED TRUST FEDERAL BUILDING FEDERAL CREDIT UNION | A | Interest | J | T | | | | | |
| 2. 403(B) ACCOUNT #1 (H) | | | | | | | | | |
| 3. T ROWE PRICE FD 2030 ADV (PARCX) | C | Dividend | | | Sold | 06/08/17 | M | | |
| 4. T ROWE RETIREMENT 2035 ADV (TRRJX) | | None | M | T | Buy | 06/08/17 | M | | |
| 5. | | | | | Buy (add'l) | 12/21/17 | J | | |
| 6. 403(B) ACCOUNT #2 (H) | | | | | | | | | |
| 7. DODGE & COX GLOBAL D FD (DODLX) | A | Dividend | J | T | | | | | |
| 8. GQG PARTNERS EMRG MKTS EQTY FD INV (GQGPX) | A | Dividend | J | T | Buy | 06/08/17 | J | | |
| 9. FIDELITY TOTAL BOND FUND (FTBFX) | A | Dividend | | | Sold | 06/07/17 | J | | |
| 10. MAIRS & POWER GROWTH (MPGFX) | A | Dividend | J | T | | | | | |
| 11. MAIRS & POWERS SM CAP (MSCFX) | A | Dividend | J | T | Buy (add'l) | 06/08/17 | J | | |
| 12. OAKMARK INTL FD CLASS (OAKIX) | A | Dividend | K | T | Sold (part) | 07/05/17 | J | B | |
| 13. OPPENHEIMER DEV MKTS (ODMAX) | | None | | | Sold | 06/07/17 | J | B | |
| 14. PRIMECAP ODYSSEY AGGR GROWTH (POAGX) | B | Dividend | K | T | Sold (part) | 07/05/17 | J | A | |
| 15. SCHWAB FUNDAMENTAL GLBL REAL ESTATE INDEX FD (SFREX) | A | Dividend | J | T | Buy | 07/06/17 | J | | |
| 16. T ROWE PRICE REAL ASSETS (PRAFX) | | None | | | Sold | 06/30/17 | J | | |
| 17. VANGUARD HEALTH CARE FD INV (VGHCX) | A | Dividend | J | T | Buy | 07/03/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHAM, TU M. | 06/04/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. VANGUARD HIGH DIV YIELD INDEX (VHDYX) | A | Dividend | J | T | | | | | |
| 19. 401K ACCOUNT (H) | | | | | | | | | |
| 20. DODGE & COX STOCK FUND (DODGX) | A | Dividend | | | Buy | 07/04/17 | J | | |
| 21. | | | | | Sold (part) | 07/06/17 | J | | |
| 22. | | | | | Sold | 08/14/17 | J | | |
| 23. TEMPLETON FOREIGN FUND CLASS R6 (FTFGX) | A | Dividend | J | T | Buy | 07/04/17 | J | | |
| 24. | | | | | Sold (part) | 07/06/17 | J | | |
| 25. | | | | | Sold (part) | 08/14/17 | J | | |
| 26. VANGUARD MID CAP INDEX FD INST (VMCIX) | A | Dividend | | | Buy | 07/06/17 | J | | |
| 27. | | | | | Buy (add'l) | 08/14/17 | J | | |
| 28. | | | | | Sold | 08/23/17 | J | | |
| 29. VANGUARD CAPITAL OPPORTUNITY FD ADM (VHCAX) | A | Dividend | J | T | Buy | 07/04/17 | K | | |
| 30. | | | | | Sold (part) | 07/06/17 | J | | |
| 31. | | | | | Sold (part) | 08/14/17 | J | | |
| 32. VANGUARD HEALTH CARE FUND (VGHCX) | A | Dividend | J | T | Sold (part) | 07/04/17 | J | | |
| 33. | | | | | Sold (part) | 07/06/17 | J | | |
| 34. | | | | | Sold (part) | 08/14/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHAM, TU M. | 06/04/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. VANGUARD REIT IDX FD (VGSIX) | A | Dividend | K | T | Sold (part) | 07/04/17 | J | | |
| 36. | | | | | Buy (add'l) | 08/23/17 | J | | |
| 37. VANGUARD ENERGY FD ADMIRAL (VGELX) | A | Dividend | | | Sold | 07/04/17 | K | | |
| 38. VANGUARD EMERGING MKTS STK IX (VEIEX) | A | Dividend | J | T | Sold (part) | 07/04/17 | J | | |
| 39. | | | | | Sold (part) | 08/14/17 | J | | |
| 40. VANGUARD SMALL CAP INDEX FD INST (VSCIX) | A | Dividend | K | T | Buy | 07/06/17 | J | | |
| 41. | | | | | Buy (add'l) | 08/14/17 | J | | |
| 42. | | | | | Buy (add'l) | 08/23/17 | J | | |
| 43. IRA #1 (H) | | | | | | | | | |
| 44. SCHWAB US DIVIDEND EQUITY ETF (SCHD) | A | Dividend | K | T | Buy | 06/22/17 | J | | |
| 45. | | | | | Buy (add'l) | 06/26/17 | J | | |
| 46. MAIRS AND POWER SM CAP FD (MSCFX) | A | Dividend | J | T | Buy | 06/22/17 | J | | |
| 47. T ROWE PRICE REAL ASSETS FD INV (PRAFX) | A | Dividend | J | T | Buy | 06/22/17 | J | | |
| 48. BRIDGEWAY AGGRESSIVE INV PORT 1 (BRAGX) (X) | | None | | | Sold | 06/22/17 | J | | |
| 49. COLUMBIA DIV INCOME FUND (LBSAX) | A | Dividend | | | Sold (part) | 06/22/17 | J | | |
| 50. | | | | | Sold | 06/23/17 | J | | |
| 51. FIRST EAGLE GLOBAL FUND (SGENX) | A | Dividend | K | T | Sold (part) | 06/26/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHAM, TU M. | 06/04/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. VANGUARD HEALTH CARE FUND (VGHCX) | B | Dividend | K | T | Sold (part) | 06/22/17 | J | | |
| 53. BROKERAGE #1 (H) | | | | | | | | | |
| 54. Schwab Bank Deposit Account | A | Interest | J | T | | | | | |
| 55. EOG COMMON STOCK | A | Dividend | J | T | | | | | |
| 56. EBAY COMMON STOCK | | None | J | T | | | | | |
| 57. TRN COMMON STOCK | A | Dividend | | | Sold | 02/14/17 | J | | |
| 58. PYPL COMMON STOCK | | None | K | T | | | | | |
| 59. EGLIX | B | Dividend | K | T | | | | | |
| 60. VFSTX | A | Dividend | K | T | | | | | |
| 61. SPY (X) | A | Dividend | | | Sold | 02/14/17 | J | | |
| 62. EFA | A | Dividend | J | T | Buy | 02/14/17 | J | | |
| 63. JXI | A | Dividend | J | T | Buy | 02/14/17 | J | | |
| 64. SWSSX | A | Dividend | J | T | | | | | |
| 65. MDYV | A | Dividend | K | T | Buy (add'l) | 02/14/17 | J | | |
| 66. MSCFX | A | Dividend | J | T | | | | | |
| 67. ETW | B | Dividend | J | T | | | | | |
| 68. BROKERAGE #2 (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHAM, TU M. | 06/04/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. SCHWAB BANK SWEEP ACCOUNT | A | Interest | K | T | Open | 05/18/17 | K | | |
| 70. IRA #2 (H) | | | | | | | | | |
| 71. JPMORGAN MID CAP VALUE (FLMVX) | A | Dividend | K | T | Buy (add'l) | 06/22/17 | J | | |
| 72. MAIRS & POWER GROWTH FUND (MPGFX) | B | Dividend | J | T | Sold (part) | 02/14/17 | J | | |
| 73. | | | | | Sold (part) | 06/22/17 | J | | |
| 74. OAKMARK INTL FD INV (OAKIX) | A | Dividend | K | T | Buy | 06/22/17 | K | | |
| 75. OPPENHEIMER DEVELOPING MARKETS (ODMAX) | A | Dividend | J | T | Buy (add'l) | 02/14/17 | J | | |
| 76. PRIMECAP ODYSSEY AGGRESSIVE (POAGX) | A | Dividend | K | T | Sold (part) | 06/22/17 | J | | |
| 77. EDUCATIONAL ACCOUNT #1 (H) | | | | | | | | | |
| 78. MAIRS & POWER GROWTH FUND (MPGFX) | A | Dividend | J | T | | | | | |
| 79. PRIMECAP ODYSSEY AGGRESSIVE GROWTH FUND (POAGX) | A | Dividend | J | T | | | | | |
| 80. EDUCATIONAL ACCOUNT #2 (H) | | | | | | | | | |
| 81. MAIRS & POWER GROWTH FUND (MPGFX) | A | Dividend | J | T | | | | | |
| 82. PRIMECAP ODYSSEY AGGRESSIVE GROWTH FUND (POAGX) | A | Dividend | J | T | | | | | |
| 83. 529 COLLEGE SAVINGS #1(H) | | | | | | | | | |
| 84. TN DFA LARGE CAP INTERNATIONAL (DFALX) | A | Int./Div. | J | T | | | | | |
| 85. TN PRIMECAP ODYSSEY AGGR GROWTH (POAGX) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHAM, TU M. | 06/04/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. TN VANGUARD INTERMEDIATE TERM INVES (VFICX) | A | Int./Div. | | | Sold | 05/19/17 | J | | |
| 87. TN VANGUARD INT TERM TREASURY (VFIUX) | A | Int./Div. | | | Sold | 05/19/17 | J | | |
| 88. TN VANGUARD WELLINGTON ADM (VWENX) | A | Int./Div. | J | T | | | | | |
| 89. TN DFA ENHANCED US LARGE COMPANY (DFELX) | A | Dividend | | | Sold | 09/22/17 | J | | |
| 90. TN VANGUARD TOTAL BOND MARKET INST (VBTIX) | A | Int./Div. | K | T | Buy (add'l) | 05/19/17 | J | | |
| 91. | | | | | Buy (add'l) | 09/22/17 | J | | |
| 92. | | | | | Buy (add'l) | 12/05/17 | J | | |
| 93. 529 COLLEGE SAVINGS #2 (H) | | | | | | | | | |
| 94. TN DFA LARGE CAP INTERNATIONAL (DFALX) | A | Int./Div. | J | T | | | | | |
| 95. TN PRIMECAP ODYSSEY AGGR GROWTH (POAGX) | A | Int./Div. | J | T | | | | | |
| 96. TN VANGUARD INTERMEDIATE TERM INVES (VFICX) | A | Int./Div. | | | Sold | 05/19/17 | J | | |
| 97. TN VANGUARD INT TERM TREASURY (VFIUX) | A | Int./Div. | | | Sold | 05/19/17 | J | | |
| 98. TN VANGUARD WELLINGTON ADM (VWENX) | A | Int./Div. | J | T | | | | | |
| 99. TN DFA ENHANCED US LARGE COMPANY (DFELX) | A | Int./Div. | | | Sold | 09/22/17 | J | | |
| 100. TN VANGUARD TOTAL BOND MARKET INST (VBTIX) | A | Int./Div. | K | T | Buy (add'l) | 05/19/17 | J | | |
| 101. | | | | | Buy (add'l) | 09/22/17 | J | | |
| 102. | | | | | Buy (add'l) | 12/05/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHAM, TU M. | 06/04/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. 529 COLLEGE SAVINGS #3 (H) | | | | | | | | | |
| 104. PRIMECAP ODYSSEY AGGRESSIVE GROWTH (POAGX) (X) | A | Dividend | J | T | | | | | |
| 105. DFA LARGE CAP INTERNATIONAL (DFALX) (X) | A | Dividend | J | T | | | | | |
| 106. VANGUARD WELLINGTON ADM (VWENX) (X) | A | Dividend | J | T | | | | | |
| 107. TN VANGUARD TOTAL BOND MARKET INST (VBTIX) | A | Dividend | J | T | Buy (add'l) | 05/19/17 | J | | |
| 108. | | | | | Buy (add'l) | 09/22/17 | J | | |
| 109. TN DFA US LARGE CAP VALUE (DFLVX) (X) (Y) | | | | | | | | | |
| 110. OTHER HOLDINGS (H) | | | | | | | | | |
| 111. VASCULAR TECHNOLOGIES INC | | None | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHAM, TU M. | 06/04/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ TU M. PHAM**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544